```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 35318
   SCOTT RICHARD HOMOLKA
   MARY LENORE HOMOLKA                         CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6169     SSN XXX-XX-1814

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/23/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV   SECURED           6445.00         520.31        6445.00
AMERICREDIT FINANCIAL SE   UNSECURED       NOT FILED            .00            .00
CITIFINANCIAL INC          CURRENT MORTG   45991.88            .00       45991.88
CAPITAL ONE BANK           UNSECURED         749.72            .00          749.72
CARSON PIRIE SCOTT         UNSECURED         261.74            .00          261.74
ECAST SETTLEMENT CORP      UNSECURED        8794.57            .00         8794.57
ECAST SETTLEMENT CORP      UNSECURED        4150.98            .00         4150.98
RESURGENT ACQUISITION LL   UNSECURED        3522.03            .00         3522.03
DISCOVER FINANCIAL SERVI   UNSECURED        5056.08            .00         5056.08
ECAST SETTLEMENT CORP      UNSECURED        3124.79            .00         3124.79
JC PENNEY                  UNSECURED       NOT FILED            .00            .00
RESURGENT ACQUISITION LL   UNSECURED        1833.96            .00         1833.96
RESURGENT ACQUISITION LL   UNSECURED        2579.64            .00         2579.64
MARSHALL FIELDS            UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         537.51            .00          537.51
AT & T WIRELESS            UNSECURED       NOT FILED            .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                         5,337.94
DEBTOR REFUND              REFUND                                            393.85

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 92,000.00

PRIORITY                                              .00
SECURED                                         52,436.88
    INTEREST                                       520.31
UNSECURED                                       30,611.02
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             5,337.94

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 35318 SCOTT RICHARD HOMOLKA & MARY LENORE HOMOLKA
```

```
DEBTOR REFUND                                                     393.85
                                        ---------------    ---------------
TOTALS                                        92,000.00          92,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
Dated: 09/25/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```